FILED '09 AUG 12 14:12 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08-60016-01-AA |
| v. ) | |
| ) | ~~PROPOSED~~ ORDER FOR RULE 35 |
| JEREMIAH JOSEPH MONDELLO, ) | DOWNWARD DEPARTURE |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

THIS MATTER having come before the Court on motion of the government for a reduction in the defendant's sentence pursuant to Federal Rules of Criminal Procedure, Rule 35, and the Court now being fully advised in the premises,

IT IS HEREBY ORDERED that the defendant's sentence be reduced six (6) months, from 48 months to 42 months.

DATED this 12th day of August, 2009.

_____
ANN AIKEN
UNITED STATES DISTRICT JUDGE

1 - PROPOSED ORDER FOR RULE 35 DOWNWARD DEPARTURE

Presented by:

KENT S. ROBINSON
Acting United States Attorney

/s/ Sean B. Hoar

SEAN B. HOAR
Assistant United States Attorney

2 - PROPOSED ORDER FOR RULE 35 DOWNWARD DEPARTURE